UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LONG YU,

        Petitioner,

- against -

ALEJANDRO MAYORKAS, ET AL.,

        Respondents.
---

22-cv-1504 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner shall serve a copy of the summons and complaint on the respondents and file proof of service by July 8, 2022. The Court previously ordered the petitioner to serve the respondents with the summons and complaint by April 25, 2022. If the plaintiff fails to serve the summons and complaint on the respondents by July 8, 2022, then the petition may be dismissed for failure to prosecute.

    The conference scheduled for June 28, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
            June 24, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge